IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 14-142 |
| v. | : | Violation No. 3928431 |
| JOHN BELL | : | |

## **O R D E R**

AND NOW, this 13th day of March, 2014, upon consideration of the defendant's motion to dismiss and the government's response thereto, IT IS HEREBY ORDERED that the defendant's motion is DENIED.

BY THE COURT:

/s/Jacob P. Hart

_____

JACOB P. HART, MJ